No. 26-3172

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Mar 13, 2026
KELLY L. STEPHENS, Clerk

)
)
In re:  ANTHONY C. APANOVITCH,          )
)          O R D E R
Petitioner.          )
)

Before:  BOGGS, MOORE, and BUSH, Circuit Judges.

Anthony C. Apanovitch, a state death-row prisoner proceeding through counsel, petitions for a writ of mandamus.  Apanovitch filed a second-in-time petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the district court, which has not yet issued its decision.  Apanovitch now seeks an order from this court instructing the district court to adjudicate his § 2254 habeas petition.

Accordingly, the respondent is **DIRECTED** to respond to Apanovitch's petition within fourteen (14) days, and the district court is **INVITED** to respond to the petition within the same period.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk